UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNETH DEWAYNE BELL,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 04-cv-4002-JPG

### JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Kenneth Dewayne Bell's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Kenneth Dewayne Bell, and that this case is dismissed with prejudice.

**DATED:** July 19, 2006

NORBERT JAWORSKI

s/ Brenda K. Lowe

**Approved:**  s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**